AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Mickey G. Schwalm,
   Plaintiff

V.

AbbVie, Inc., et al.,
   Defendants

CASE NUMBER: 1:14-cv-02899

ASSIGNED JUDGE: Robert W. Gettleman

DESIGNATED
MAGISTRATE JUDGE: Jeffrey Cole

TO: (Name and address of Defendant)

Abbott Laboratories, Inc.
c/o CT Corporation System
208 South LaSalle Street, Suite 814
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Trent B. Miracle
Simmons Browder Gianaris Angelides & Barnerd, LLC
One Court Street
Alton, IL 62002

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_/s/ Jaclyn Pizzketz_

(By) DEPUTY CLERK



April 24, 2014

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>5/5/2014 |
| NAME OF SERVER (PRINT)<br>Charles E. Thompson, Jr. | TITLE<br>Special Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: Abbott Laboratories, Inc. c/o CT Corporation System
**208 South LaSalle Street, Suite 814 Chicago, IL 60604**

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/5/2014
                    Date                  *Signature of Server*

**One Court Street, Alton, IL 62002**
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.