# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *In re:* Testosterone Replacement Therapy Products Liability Litigation | Case No.: 1:14-cv-4251<br>Honorable Matthew F. Kennelly |
| This document pertains to:<br><br>Mickey G. Schwalm,<br><br>            Plaintiff,<br><br>  vs.<br><br>AbbVie Inc., et al.,<br><br>            Defendants. | Specific Case No.  1:14-cv-2899<br><br>**PLAINTIFF'S NOTICE OF PARTIAL DISMISSAL WITHOUT PREJUDICE** |

      Now comes Plaintiff, Mickey G. Schwalm ("Plaintiff"), by and through counsel, and hereby voluntarily dismisses this action as against Defendants, Actavis plc, Actavis, Inc., Actavis Pharma, Inc., Anda, Inc., and Watson Laboratories, Inc., without prejudice, pursuant to Fed R. Civ. P. 41(a)(1)(A)(i).  Plaintiff does not dismiss, and intends to continue to pursue, his claims against the remaining Defendants.

                                                               Respectfully submitted,

                                                               */s/ Trent B. Miracle*
                                                               Trent B. Miracle (IL 6281491)
                                                               Brendan A. Smith (MO 65190)
                                                               **SIMMONS BROWDER GIANARIS ANGELIDES &BARNERD LLC**
                                                               One Court Street
                                                               Alton, IL 62002
                                                              Telephone: (618) 259-2222
                                                              tmiracle@simmonsfirm.com
                                                              bsmith@simmonsfirm.com

                                                              and

                                                              David S. Ratner (NY 7758)
                                                              David T. Sirotkin (NY 4863)

1

**MORELLI ALTERS RATNER LLP**
950 Third Avenue, 11th Floor
New York, NY 10022
Telephone: 212.751.9800
Facsimile: 212.751.0046

**Attorneys for Plaintiff**

**<u>CERTIFICATE OF SERVICE</u>**

  I hereby certify that on June 10, 2014, I electronically filed the foregoing PLAINTIFF'S NOTICE OF PARTIAL DISMISSAL WITHOUT PREJUDICE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                */s/ Trent B. Miracle*